An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY ANDERSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64048

**FILED**

OCT 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion to demand to dismiss three district court cases. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned motion, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Kathleen E. Delaney, District Judge
Anthony Anderson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-30845